Certificate Number: 12433-PAM-DE-033057418

Bankruptcy Case Number: 19-02294


12433-PAM-DE-033057418

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 3, 2019</u>, at <u>12:23</u> o'clock <u>AM EDT</u>, <u>Valerie A. Ambrosio</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>July 3, 2019</u>

By:  <u>/s/Lisa Susoev</u>

Name:  <u>Lisa Susoev</u>

Title:  <u>Teacher</u>