```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 19-02294-RNO
Valerie A. Ambrosio                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: admin     Page 1 of 1     Date Rcvd: Sep 17, 2019
                         Form ID: fnldecac     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2019.
db            +Valerie A. Ambrosio,    159 Pike Road,    Bushkill, PA 18324-8410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2019 at the address(es) listed below:
         James   Warmbrodt    on behalf of Creditor    Greenwich Revolving Trust by Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Owner Trustee bkgroup@kmllawgroup.com
         John J Martin (Trustee)    pa36@ecfcbis.com,   trusteemartin@martin-law.net
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
         Vincent   Rubino    on behalf of Debtor 1 Valerie A. Ambrosio
          lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                                               TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Valerie A. Ambrosio,<br>aka Valerie Ann Ambrosio, aka Valerie Ambrosio, | Chapter 7 |
| **Debtor 1** | Case No. 5:19−bk−02294−RNO |

Social Security No.:
xxx−xx−9309

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**John J Martin (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: September 16, 2019

BY THE COURT
By the Court,

*Robt N. Opel II* (signature)

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)